610 8321057

**EMPLOYEE PORTAL**

Welcome ANTHONY BARBA [ **Log Out** ]

For assistance with any questions or problems  click here.

# Paycheck History

[ ] Find | Next

FITNESS INTERNATIONAL, LLC
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

Position: JANITORIAL PERSONNEL
Advice #: FW44233    Advice Date: 12/23/2019

ANTHONY BARBA
853 BRADFIELD RD
ABINGTON, PA 19001
XXX-XX-5574

Employee ID: 2161213
Department: 305
Location: FT WASHINGTON

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $324.00 | $324.00 | $56.89 | $0.00 | $267.11 |
| YTD: | $452.00 | $452.00 | $74.15 | $0.00 | $377.85 |

**EFFECTIVE RATE SUMMARY**

| Pay Period: 12/01/2019 to 12/15/2019 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $9.0000 | 36.00 |
| Total Hours Worked This Pay Period: | | 36.00 |

**DETAIL OF HOURS AND EARNINGS**

| Pay Period: 12/01/2019 to 12/15/2019 | | Current | |
|---|---|---|---|
| Pay Type | Rate | Units | Earnings |
| REGULAR HOURLY PAY –PENN | $9.00 | 36.00 | $324.00 |
| Total: | | | $324.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Federal Withholding | $16.57 | $16.57 |
| Medicare | $4.69 | $6.55 |
| Social Sec Tax | $20.08 | $28.02 |
| PA Withholding | $9.95 | $13.88 |
| EMS305 | $2.17 | $4.34 |
| FTWASH | $3.24 | $4.52 |
| PASUI | $0.19 | $0.27 |
| Total: | $56.89 | $74.15 |

Select the Year  2019

| | Date | Amount |
|---|---|---|
| Select | 2019-12-23 | $267.11 |
| Select | 2019-12-09 | $110.74 |

**Earnings Details**

View Earnings Report

© 2020 Fitness International, LLC. All rights reserved.

**EMPLOYEE PORTAL**    Welcome ANTHONY BARBA [ Log Out ]

For assistance with any questions or problems click here.

# Paycheck History

[    ] Find | Next

**FITNESS INTERNATIONAL, LLC**
3161 MICHELSON DRIVE, SUITE 600
IRVINE, CA 92612

| Position: | JANITORIAL PERSONNEL | |
|---|---|---|
| Advice #: | FW15672 | Advice Date: 12/9/2019 |

| ANTHONY BARBA | Employee ID: | 2161213 |
|---|---|---|
| 953 BRADFIELD RD | Department: | 305 |
| ABINGTON, PA 19001 | Location: | FT WASHINGTON |
| XXX-XX-5674 | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current: | $128.00 | $128.00 | $17.26 | $0.00 | $110.74 |
| YTD: | $128.00 | $128.00 | $17.26 | $0.00 | $110.74 |

**EFFECTIVE RATE SUMMARY**

| Pay Period: 11/16/2019 to 11/30/2019 | Effective Rate | Hours Worked |
|---|---|---|
| Regular Hours | $10.6667 | 12.00 |
| Total Hours Worked This Pay Period: | | 12.00 |

**DETAIL OF HOURS AND EARNINGS**

Pay Period: 11/16/2019 to 11/30/2019

| | | Current | |
|---|---|---|---|
| Pay Type | Rate | Units | Earnings |
| REGULAR HOURLY PAY - PENN | $9.00 | 12.00 | $108.00 |
| Paid Not Worked Interview Time | $20.00 | 1.00 | $20.00 |
| Total: | | | $128.00 |

**TAXES**

| Description | Current | YTD |
|---|---|---|
| Medicare | $1.85 | $1.85 |
| Social Sec Tax | $7.94 | $7.94 |
| PA Withholding | $3.93 | $3.93 |
| EMS305 | $2.17 | $2.17 |
| FTWASH | $1.28 | $1.28 |
| PASUI | $0.08 | $0.08 |
| Total: | $17.26 | $17.26 |

Select the Year : 2019

| | Date | Amount |
|---|---|---|
| Select | 2019-12-23 | $267.11 |
| Select | 2019-12-09 | $110.74 |

**Earnings Details**

View Earnings Report

© 2020 Fitness International, LLC. All rights reserved.