# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ANTHONY V. BARBA    :    CHAPTER 13
                                                                             :    NO. 19-16720JKF

## PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) AND (a)(9)

      I, Daniel P. Mudrick, upon my oath according to law, hereby certify as follows in connection with the confirmation hearing scheduled for January 29, 2020, in the above-referenced case:

1. The above-named Debtor has paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named Debtor has filed all applicable Federal, State and local tax returns required to be filed within the 4-year period preceding the petition date.

3. If the confirmation hearing date stated above is adjourned for any reason, and the information herein changes, an updated Certification will be provided to the standing trustee prior to any subsequent Confirmation hearing date.

4. If this Certification is being signed by counsel for Debtor, counsel certifies that Debtor was duly questioned about the statements in his Certification and supplied answers consistent with this Certification.


DATED:    1/15/2020                                                                            By: /s/ Daniel P. Mudrick