| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 19-16720-AMC

| | |
|---|---|
| Anthony V. Barba | Petition Filed Date: 10/29/2019 |
| 953 Bradfield Road | 341 Hearing Date: 12/20/2019 |
| Roslyn  PA   19001 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/02/2019 | $310.00 | 26029617524 | 01/14/2020 | $447.00 | 26029622564 | 02/26/2020 | $547.10 | 26529517923 |

**Total Receipts for the Period: $1,304.10    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,304.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Anthony V. Barba | Debtor Refunds | $0.00 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,304.10 | Current Monthly Payment: | $569.64 |
| Paid to Claims: | $0.00 | Arrearages: | $1,139.28 |
| Paid to Trustee: | $113.46 | Total Plan Base: | $31,495.02 |
| Funds on Hand: | $1,190.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.