```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                          Case No. 19-16720-amc
Anthony V. Barba                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore              Page 1 of 1           Date Rcvd: Aug 26, 2020
                             Form ID: pdf900              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2020.
```
db             +Anthony V. Barba,   953 Bradfield Road,    Roslyn, PA 19001-4317
14412036      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,    PO Box 982238,    El Paso, TX  79998-2238)
14412037       +BANK ONE,   210 Sylvan Ave,    Englewood Cliffs, NJ 07632-2510
14435834       +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14442584       +MIDFIRST BANK,   C/O Rebecca A Solarz, Esquire,    KML Law Group,   701 Market Street Suite 5000,
                Philadelphia, PA. 19106-1541
14412040        MIDLAND MORTGAGE COMPANY,    PO Box 268959,   Oklahoma City, OK  73126-8959
14448169       +MidFirst Bank,   999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 27 2020 04:32:07    City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 04:31:43
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2020 04:31:52    U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14412038        E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 27 2020 04:32:12
                Credit Collection Services,   725 Canton St,   Norwood, MA  02062-2679
14412039        E-mail/Text: bankruptcynotices@dcicollect.com Aug 27 2020 04:32:09
                DIVERSIFIED CONSULTANTS, INC,   PO Box 551268,   Jacksonville, FL  32255-1268
14412041       +E-mail/Text: ebn@vativrecovery.com Aug 27 2020 04:31:25    PALISADES COLLECTION INC.,
                210 Sylvan Ave,   Englewood Cliffs, NJ 07632-2510
                                                                                              TOTAL: 6
```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2020 at the address(es) listed below:
```
              DANIEL P. MUDRICK    on behalf of Debtor Anthony V. Barba dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com, rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of   ROBERT H. HOLBER trustee@holber.com,   rholber@ecf.axosfs.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Anthony V. Barba<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 19-16720-JKF |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 26, 2020**

_____
JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE